Beatrice Miller, Plaintiff-Appellee, v. Julia Williams, Defendant-Appellant.

Gen. No. 47,626.

First District, Second Division.
May 19, 1959.
Released for publication September 29, 1959.

Tate & McNairy (Emory Andrew Tate, of counsel) for defendant-appellant; Washington and Durham, for plaintiff-appellee. Opinion by PRESIDING JUSTICE LEWE. Not to be published in full.